IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS RICHEY,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC.,<br><br>Defendant. | CV 21-21-BLG-SPW-TJC<br><br>ORDER |

Upon due consideration of the Stipulated Motion for Dismissal (Doc. 15), and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and fees.

The Clerk of Court is ordered to notify the parties of the making of this order and close the case.

DATED this 19th day of January, 2022.

SUSAN P. WATTERS
United States District Judge

1